```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21237
   ANTHONY J ANDERSON
   DORINDA ANDERSON                          CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4793    SSN XXX-XX-5466
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/13/07 and confirmed on 01/23/08.

2. The case was dismissed after confirmation, 10/31/2008.

3. The Debtor paid a total of $ 4400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 977.92 | .00 | 977.92 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 3349.63 | .00 | 68.92 |
| WILL COUNTY TREASURER | SECURED | 75.00 | .00 | 75.00 |
| ILLINOIS AMERICAN WATER | SECURED | 50.00 | .00 | 50.00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | SECURED | 435.00 | .00 | 225.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1032.25 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1660.97 | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 578.75 | .00 | .00 |
| STREAMWOOD BEHANVORIAL H | UNSECURED | NOT FILED | .00 | .00 |
| STREAMWOOD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | 3743.00 | .00 | .00 |
| WEATHERCUARD CONSTRUCTIO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4887.55 | .00 | 7014.97 | .00 | 11902.52 |
| PRINCIPAL PAID | 1396.84 | .00 | .00 | .00 | 1396.84 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                  1396.84            .00           .00           .00      1396.84
```
The Debtor's attorney, JOSEPH WROBEL ESQ                 , was allowed $   3500.00
and was paid $     750.00   direct and $    2750.00   through the plan.

The Trustee received $     253.16 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE